## STATE v. McKOY

No. 449P89

Case below: 92 N.C.App. 115

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 January 1990.

## STATE v. MANNING

No. 563P89

Case below: 96 N.C.App. 502

Petition by the Attorney General for temporary stay allowed 28 December 1989.

## STATE v. MAXWELL

No. 466P89

Case below: 96 N.C.App. 19

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied and stay dissolved 18 January 1990.

## STATE v. MOORE

No. 502PA89

Case below: 95 N.C.App. 718

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 18 January 1990.

## STATE v. SUMLIN

No. 513P89

Case below: 96 N.C.App. 123

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.